**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 2, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00069-CV

---

### AGEEL ABDULAALEE, Appellant

### V.

### ABEER JABBAR MLIHM, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-78965**

## MEMORANDUM OPINION

This is an appeal from a protective order signed February 2, 2021. Tex. Fam. Code Ann. § 81.009(a). On August 12, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.